FILED
2019 Apr-10 PM 02:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ISAAC BESTER** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ROCO REAL ESTATE, LLC** and )<br>**ROCO MANAGEMENT, LLC** )<br>)<br>Defendants. ) | **CASE NO. 2:19-cv-00541-TMP**<br><br>**JURY DEMAND** |

## Summons in a Civil Action

**To:**   Roco Management, LLC
Registered Agent: Congency Global, Inc.
2 North Jackson Street Suite 605
Montgomery, Alabama 36104

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

**Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiffs' attorneys, whose names and addresses are:**

Daniel Patrick Evans                    Daniel Eduardo Arciniegas
The Evans Law Firm, P.C.                Arciniegas Law PLLC
1736 Oxmoor Road, Suite 101             501 Union Street, Suite 501
Birmingham, Alabama 35209               Nashville, Tennessee 37219

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.**

DATE: 4/10/19

SHARON N. HARRIS, CLERK

By: _(signature)_

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ISAAC BESTER** )<br> )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>**ROCO REAL ESTATE, LLC and** )<br>**ROCO MANAGEMENT, LLC** )<br> )<br>**Defendants.** ) | **CASE NO. 2:19-cv-00541-TMP**<br><br>**JURY DEMAND** |

## Summons in a Civil Action

**To:**   **RoCo Real Estate LLC**
         Registered Agent: Congency Global, Inc.
         2 North Jackson Street Suite 605
         Montgomery, Alabama 36104

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiffs' attorneyS, whose names and addresses are:

Daniel Patrick Evans               Daniel Eduardo Arciniegas
The Evans Law Firm, P.C.           Arciniegas Law PLLC
1736 Oxmoor Road, Suite 101        501 Union Street, Suite 501
Birmingham, Alabama 35209          Nashville, Tennessee 37219

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 4/10/19                      SHARON N. HARRIS, CLERK

                                   By: _[signature]_

SEE REVERSE SIDE FOR RETURN        Deputy Clerk

                                                   (SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203