# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ISAAC BESTER,** * | |
| * | |
| Plaintiff * | |
| * | |
| v. * | Civil Action No.: |
| * | 2:19-cv-00541-TMP |
| * | |
| **ROCO REAL ESTATE, LLC and** * | |
| **ROCO MANAGEMENT, LLC,** * | |
| * | |
| Defendants. * | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**NOW INTO COURT,** through undersigned counsel, come Defendants, ROCO Real Estate, LLC and ROCO Management, LLC, which, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully move this Honorable Court for an extension of time of twenty-one (21) days, through and including May 24, 2019, for Defendants to respond to the Complaint filed by Plaintiff, Isaac Bester.  As grounds for their Motion, Defendants respectfully show as follows:

1. This is the first request of Defendants, who were served on April 12, 2019, for an extension of time in which to respond to Plaintiff's Complaint.

2. Defendants' responsive pleadings are due May 3, 2019.

3. Undersigned counsel has just recently received the defense

assignment and needs additional time to properly investigate and respond to the Complaint in full.

4. Mr. Patrick Evans, counsel for Plaintiff, has graciously confirmed to undersigned counsel that Plaintiff does not oppose Defendant's request for an extension of time through and including May 24, 2019 for Defendant to respond to the Complaint.

5. The interests of justice will be served by the granting of said request.

**WHEREFORE,** premises considered, Defendants, ROCO Real Estate, LLC and ROCO Management, LLC, respectfully request that this Honorable Court grant Defendants' unopposed motion and allow Defendants an extension of time through May 24, 2019 in which to respond to Plaintiff's Complaint.

Respectfully submitted, this 26th day of April 2019.

s/ *Colin D. Sherman*
Colin D. Sherman (ASB-3110-O72S)
**SHERMAN & LACEY, LLP**
P.O. Box 3062
Mobile, AL  36652-3062
Telephone:  (251) 930-5415
Facsimile:   (251) 252-7794
csherman@shermanlaceylaw.com

*ATTORNEYS FOR DEFENDANTS, ROCO REAL ESTATE, LLC AND ROCO MANAGEMENT, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service, and/or that I have served a copy of the foregoing pleading on all parties to this proceeding who are not registered for electronic service by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed, this _26th_ day of April 2019.

                                                   s/ *Colin D. Sherman*
                                                   Colin D. Sherman