UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ISAAC BESTER,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.:  2:19-cv-00541-ACA |
| } | |
| **ROCO REAL ESTATE LLC, et al.,** } | |
| } | |
| **Defendants.** } | |

### **ORDER**

This matter is before the court on the parties' joint motion for approval of their Fair Labor Standards Act ("FLSA") settlement agreement.  (Doc. 17).

"When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness."  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).  The court has reviewed the parties' joint motion (doc. 17) and the sealed settlement agreement.  The court finds that the proposed settlement agreement is a fair and reasonable resolution of bona fide disputes over FLSA provisions.  *See Lynn's Food Stores*, 679 F.2d at 1354.

Accordingly, the court **GRANTS** the parties' joint motion for settlement approval.  (Doc. 17).  Plaintiff Isaac Bester shall recover from Defendants $7,250.00, of which half ($3,625.00) represents back pay and half ($3,625.00) represents an

equal amount in liquidated damages for his FLSA wage claims.  Defendants agree solely for the purpose of settlement that Mr. Bester is entitled to recover reasonable attorneys' fees and costs.  The parties have agreed that the amount of $6,609.00 will be paid to Mr. Bester's counsel of record as reasonable attorneys' fees and costs.  The court **DISMISSES** this action **WITH PREJUDICE**.

    The court **DIRECTS** the Clerk to close the file.

    **DONE** and **ORDERED** this January 23, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE